IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.

JUSTIN GRANTSTEADMAN

_____/

**INDICTMENT**

4:25cr51-AW

THE GRAND JURY CHARGES:

## COUNT ONE

On or about May 13, 2025, in the Northern District of Florida, the defendant,

**JUSTIN GRANTSTEADMAN,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm in and affecting interstate and foreign commerce, that is:

1. a. On or about May 11, 2011, **JUSTIN GRANTSTEADMAN** was convicted in the State of Florida of Possession of Cocaine with Intent to Sell or Deliver;

FILED USDC FLND TL
JUL 1 '25 PM 12:52

    b.    On or about March 17, 2014, **JUSTIN GRANTSTEADMAN** was convicted in the State of Florida of G.T.M.V;

    c.    On or about May 14, 2014, **JUSTIN GRANTSTEADMAN** was convicted in the State of Florida of Possession of Cocaine;

    d.    On or about April 7, 2015, **JUSTIN GRANTSTEADMAN** was convicted in the State of Florida of Poss. of Cocaine;

    e.    On or about July 16, 2018, **JUSTIN GRANTSTEADMAN** was convicted in the State of Florida of Sale or Poss of Controlled Substance WITS w/i 1000 ft of Church; and

    f.    On or about June 8, 2023, **JUSTIN GRANTSTEADMAN** was convicted in the State of Florida of Possession of Controlled Substance.

2.    For each of these crimes, **JUSTIN GRANTSTEADMAN** was subject to punishment by a term of imprisonment exceeding one year.

3.    Thereafter, **JUSTIN GRANTSTEADMAN** did knowingly possess a firearm, to wit, a Taurus 9-millimeter pistol.

4.    This firearm had previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## CRIMINAL FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

**JUSTIN GRANTSTEADMAN,**

knowingly committed the violation set forth in Count One of this Indictment, any and all interest that this defendant has in the firearm involved in this violation is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d)(1).

A TRUE BILL:

*Redacted*

7/1/25
DATE

JOHN P. HEEKIN
United States Attorney

JAMES A. McCAIN
Assistant United States Attorney